IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 14, 2024
Lucy H. Carrillo, Clerk of Court

IN RE

MAUI FIRE CASES REMOVED ONLY UNDER THE MULTIPARTY, MULTIFORUM TRIAL JURISDICTION ACT

ORDER REMANDING CASE; ATTACHMENT A

**ORDER REMANDING CASE**

On March 11, 2024, the Court issued an order remanding *Sheikhan, et al. v. Hawaiian Electric Industries, Inc., et al.*, Civil No. 23-00460 JAO-BMK, because it concluded jurisdiction did not exist under the Multiparty, Multiforum Trial Jurisdiction Act of 2002 ("MMTJA"), 28 U.S.C. § 1369.  Given this action was removed based only on the MMTJA, the Court remands this action to the appropriate state court for the reasons articulated in *Sheikhan*.

This Order applies to all cases listed in Attachment A.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, March 14, 2024.

Jill A. Otake
United States District Judge