Attachment A

| Case Number/Title |
| --- |
| 1:23-cv-00506-JAO-BMK; 2CCV-23-0000376<br>419 Front Street Associates LLC v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00507-JAO-BMK; 2CCV-23-0000286<br>Alvarez v. Maui Electric Company, Limited, et al |
| 1:23-cv-00508-JAO-BMK; 2CCV-23-0000259<br>Cox, et al. v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00509-JAO-BMK; 2CCV-23-0000234<br>Sanchez v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00510-JAO-BMK; 2CCV-23-0000256<br>Cuevas-Reyes v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00511-JAO-BMK; 2CCV-23-0000306<br>Association of Apartment Owners of Aina-Nalu v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00512-JAO-BMK; 2CCV-23-0000331<br>Degama v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00513-JAO-BMK; 2CCV-23-0000348<br>Sandoval v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00514-JAO-BMK; 2CCV-23-0000272<br>Gloege v. Maui Electric Company, Limited et al |
| 1:23-cv-00515-JAO-BMK; 2CCV-23-0000312<br>Association of Apartment Owners of Channel House v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00516-JAO-BMK; 2CCV-23-0000343<br>Lahaina Waterfront LLC v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00517-JAO-BMK; 2CCV-23-0000225<br>Gomes v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00518-JAO-BMK; 2CCV-23-0000313<br>Association of Apartment Owners of Lahaina Residential Condominium v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00519-JAO-BMK; 2CCV-23-0000282<br>Grogan v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00520-JAO-BMK; 2CCV-23-0000270<br>Laidlaw, et al. v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00521-JAO-BMK; 2CCV-23-0000227<br>Apo v. Hawaiian Electric Industries, Inc. et al |
| 1:23-cv-00522-JAO-BMK; 2CCV-23-0000328<br>Shalabi, et al. v. Hawaiian Electric Industries, Inc. et al. |

Attachment A

| | |
|---|---|
| 1:23-cv-00523-JAO-BMK; **2CCV-23-0000239** Grumet v. Maui Electric Company Limited et al | |
| 1:23-cv-00524-JAO-BMK; **2CCV-23-0000281** Lansford v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00525-JAO-BMK; **2CCV-23-0000326** Arrick v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00526-JAO-BMK; **2CCV-23-0000322** Harris, et al. v. Hawaiian Electric Industries, Inc., et al | |
| 1:23-cv-00528-JAO-BMK; **2CCV-23-0000337** Asato, et al. v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00529-JAO-BMK; **2CCV-23-0000319** Sharma v. Maui Electric Company, Limited et al | |
| 1:23-cv-00530-JAO-BMK; **2CCV-23-0000345** Manibog, et al. v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00531-JAO-BMK; **2CCV-23-0000269** Baird v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00532-JAO-BMK; **2CCV-23-0000255** Maratea, et al. v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00533-JAO-BMK; **2CCV-23-0000334** Henry v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00534-JAO-BMK; **1CCV-23-0001045** Showcase Hawaii Productions, LLC, et al. v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00535-JAO-BMK; **2CCV-23-0000309** Bertelsen et al v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00536-JAO-BMK; **2CCV-23-0000237** Jantoc v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00537-JAO-BMK; **1CCV-23-0001114** Jose v. Maui Electric Company, Limited et al | |
| 1:23-cv-00538-JAO-BMK; **2CCV-23-0000265** Smith v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00539-JAO-BMK; **2CCV-23-0000316** Kanemitsu v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00540-JAO-BMK; **2CCV-23-0000336** Buza, et al. v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00541-JAO-BMK; **2CCV-23-0000228** McIntire v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00542-JAO-BMK; **2CCV-23-0000310** Spreiter v. Maui Electric Company, Limited et al | |

Attachment A

| | |
|---|---|
| 1:23-cv-00543-JAO-BMK; 2CCV-23-0000342<br>Kinley v. Maui Electric Company, Limited et al | |
| 1:23-cv-00544-JAO-BMK; 2CCV-23-0000276<br>Millington v. Maui Electric Company Limited, et al. | |
| 1:23-cv-00545-JAO-BMK; 2CCV-23-0000356<br>Camanse v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00546-JAO-BMK; 2CCV-23-0000365<br>Ko v. Maui Electric Company, Limited et al | |
| 1:23-cv-00547-JAO-BMK; 2CCV-23-0000335<br>Stefl v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00548-JAO-BMK; 2CCV-23-0000283<br>Morales v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00549-JAO-BMK; 2CCV-23-0000243<br>Kohler v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00550-JAO-BMK; 2CCV-23-0000317<br>Camanse, et al. v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00551-JAO-BMK; 2CCV-23-0000258<br>Kron v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00552-JAO-BMK; 2CCV-23-0000368<br>Sunio v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00553-JAO-BMK; 2CCV-23-0000340<br>Carter v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00554-JAO-BMK; 2CCV-23-0000298<br>Na'Aikane O Maui, a Hawaii Non-Profit Corporation, et al. v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00555-JAO-BMK; 2CCV-23-0000366<br>Kuskowski v. Maui Electric Company, Limited et al | |
| 1:23-cv-00556-JAO-BMK; 2CCV-23-0000235<br>Tanabe v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00557-JAO-BMK; 2CCV-23-0000273<br>Castro v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00558-JAO-BMK; 2CCV-23-0000330<br>Nordstrom v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00559-JAO-BMK; 2CCV-23-0000284<br>Wireless Solutions Hawaii, LLP v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00560-JAO-BMK; 2CCV-23-0000257<br>Tefft v. Hawaiian Electric Industries, Inc. et al | |

Attachment A

| | |
|---|---|
| 1:23-cv-00561-JAO-BMK; **2CCV-23-0000339** Clarke v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00562-JAO-BMK; **2CCV-23-0000308** Wollenschlaeger v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00564-JAO-BMK; **2CCV-23-0000230** Thomas v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00565-JAO-BMK; **2CCV-23-0000238** County of Maui v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00566-JAO-BMK; **2CCV-23-0000332** Potter, III v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00567-JAO-BMK; **2CCV-23-0000355** Turbin v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00568-JAO-BMK; **2CCV-23-0000324** Russell v. Maui Electric Company, Limited et al | |
| 1:23-cv-00569-JAO-BMK; **2CCV-23-0000371** Randazzo v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00570-JAO-BMK; **2CCV-23-0000254** Sampson v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00571-JAO-BMK; **2CCV-23-0000367** Rawlings v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00573-JAO-BMK; **1CCV-23-0001286** Westside Retail Investments, LLC v. Maui Electric Company, Limited et al | |
| 1:23-cv-00574-JAO-BMK; **2CCV-23-0000311** Virgin Capital, LLC v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00575-JAO-BMK; **2CCV-23-0000251** Wells v. Maui Electric Company, Limited et al | |
| 1:23-cv-00577-JAO-BMK; **1CCV-23-0001181** Rice v. Connors et al | |
| 1:23-cv-00591-JAO-BMK; **2CCV-23-0000392** Allen v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00592-JAO-BMK; **2CCV-23-0000386** Velasco v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00593-JAO-BMK; **2CCV-23-0000397** Tufaga v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00594-JAO-BMK; **2CCV-23-0000395** Castillo v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00595-JAO-BMK; **2CCV-23-0000398** Mahon v. Hawaiian Electric Industries, Inc. et al | |

Attachment A

| | |
|---|---|
| 1:23-cv-00596-JAO-BMK; 2CCV-23-0000387 Studenka v. Hawaiian Electric Industries, Inc. et al | |
| 1:23-cv-00597-JAO-BMK; 2CCV-23-0000388 Malayan Jr. v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00004-JAO-BMK; 2CCV-23-0000409 Curtis v. Maui Electric Company, Limited et al | |
| 1:24-cv-00042-JAO-BMK; 2CCV-23-0000401 Association of Apartment Owners of the Spinnaker v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00043-JAO-BMK; 2CCV-23-0000399 Arnds v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00044-JAO-BMK; 2CCV-23-0000428 Ulman v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00045-JAO-BMK; 2CCV-23-0000406 Carlson v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00046-JAO-BMK; 2CCV-24-0000025 Trilogy Corporation v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00047-JAO-BMK; 2CCV-23-0000429 Tingle v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00048-JAO-BMK; 2CCV-23-0000413 Gobel v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00049-JAO-BMK; 2CCV-23-0000422 Shepard v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00050-JAO-BMK; 2CCV-23-0000431 Sanchez v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00051-JAO-BMK; 2CCV-23-0000414 Honda v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00052-JAO-BMK; 2CCV-23-0000423 Neri v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00053-JAO-BMK; 2CCV-23-0000418 Miller v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00054-JAO-BMK; 2CCV-23-0000420 Koyama v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00055-JAO-BMK; 2CCV-23-0000421 Medina v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00056-JAO-BMK; 2CCV-23-0000416 Maui Kai Enterprises LLC v. Maui Electric Company, Limited et al | |
| 1:24-cv-00057-JAO-BMK; 2CCV-23-0000432 Koyama v. Hawaiian Electric Industries, Inc. et al | |

Attachment A

| | |
|---|---|
| 1:24-cv-00081-JAO-BMK; **2CCV-24-0000030** Captain Jacks LLC v. Hawaiian Electric Industries, Inc. et al | |
| 1:24-cv-00099-JAO-BMK; **2CCV-24-0000043** Lowson Holdings, LTD. v. Hawaiian Electric Industries, Inc. et al | |